UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.

CASE NO. 8:09-CR-478-T-30MAP

DENZIL JACKSON
a/k/a "Jacko."

**ORDER**

This matter before the Court is the government's <u>In Camera</u> motion to unseal the arrest warrant, in the instant case.

It is hereby ORDERED that the arrest warrant, in the instant case, be UNSEALED.

DONE AND ORDERED in Chambers at Tampa, Florida, this 12 day of November, 2009.

MARK A. PIZZO
United States Magistrate Judge

Copies to: James C. Preston, Jr.
Assistant United States Attorney